B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Northern District of Illinois, Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**401 LASALLE LENDERS LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):  **27-3474129** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>401 S La Salle St<br>Ste 203<br>Chicago, IL<br>ZIPCODE **60605-1042** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**401 S La Salle St Ste 203, Chicago, IL**
ZIPCODE **60605-1042**

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br><br>―――――――――――――――――<br>**Chapter 15 Debtor**<br>Country of debtor's center of main interests:<br>―――――――――――――――――<br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending: | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | ☐ Chapter 7          ☐ Chapter 15 Petition for<br>☐ Chapter 9                Recognition of a Foreign<br>☑ Chapter 11              Main Proceeding<br>☐ Chapter 12        ☐ Chapter 15 Petition for<br>☐ Chapter 13              Recognition of a Foreign<br>                                    Nonmain Proceeding<br>―――――――――――――――――<br>**Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer    ☑ Debts are primarily<br>debts, defined in 11 U.S.C.              business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals<br>only). Must attach signed application for the court's<br>consideration certifying that the debtor is unable to pay fee<br>except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals<br>only). Must attach signed application for the court's<br>consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less<br>than $2,490,925 *(amount subject to adjustment on 4-01-16 and every three years thereafter).*<br>―――――――――――――――――――――――――――――――――――――――――<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in<br>accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B1 (Official Form 1) (04/13)

Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **401 LASALLE LENDERS LLC** | |
|---|---|---|
| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
  ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B1 (Official Form 1) (04/13)

Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **401 LASALLE LENDERS LLC** |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Petition Preparer |
|---|---|
| X **/s/ Karen Jackson Porter**<br>Signature of Attorney for Debtor(s)<br><br>**Karen Jackson Porter 6188626**<br>**Porter Law Network**<br>**230 West Monroe St. Suite 240**<br>**Chicago, IL 60606**<br><br>**porterlawnetwork@gmail.com**<br><br><br>**November 23, 2015**<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ First Chicago Financial, LLC** *By Michael Horne, Manager* / *Goriana Alexander, Manager*<br>Signature of Authorized Individual<br>**First Chicago Financial, LLC**<br>Printed Name of Authorized Individual<br>**Manager**<br>Title of Authorized Individual<br>**November 23, 2015**<br>Date | X _____<br>Signature<br><br>_____<br>Date<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

IN RE:  Case No. _____

401 LASALLE LENDERS LLC  Chapter 11
_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Goriana Alexander<br>611 S Cambridge Ave<br>Elmhurst, IL  60126-4044 | 50 | Member |
| Michael Horrell<br>401 S La Salle St<br>Chicago, IL  60605-1014 | 50 | Member |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Excel Acquisitions, LLC
30 N La Salle St Ste 4020
Chicago, IL   60602-2513


Frank Gecker LLP
325 S LaSalle St Ste 625
Chicago, IL   60604-3506


Gregory J. Jordan
55 W Monroe St Ste 3600
Chicago, IL   60603-5026


New Age LLC
401 S LaSalle St Ste. 203
Chicago, IL   60605-1042


Quarles & Brady
300 N LaSalle St Ste 4000
Chicago, IL   60654-3422


Rally Capital Services
350 N La Salle Dr Ste 1100
Chicago, IL   60654-5131


Randy Soule
16640 Wedge Pkwy
Reno, NV   89511-3250


Voltaire Consulting Group
401 S LaSalle St Ste 203
Chicago, IL   60605-1042

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

IN RE: **401 LASALLE LENDERS LLC**
Debtor(s)

Case No. _____
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................................ $ **9,217.00**

   Prior to the filing of this statement I have received ................................................................ $ **9,217.00**

   Balance Due ............................................................................................................................. $ _____

2. The source of the compensation paid to me was:  ☐ Debtor  ☑ Other (specify): **Guterman Partners Energy, LLC**

3. The source of compensation to be paid to me is:  ☐ Debtor  ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
   **The filing fee has been paid.**
   **The final compensation for this matter will be determined by the court's award of compensation after the submission of fee applications**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 23, 2015**
Date

**/s/ Karen Jackson Porter**
Karen Jackson Porter 6188626
Porter Law Network
230 West Monroe St. Suite 240
Chicago, IL 60606

porterlawnetwork@gmail.com

# PORTER LAW NETWORK
WWW.PORTERLAWNETWORK.COM

230 WEST MONROE, SUITE 240
CHICAGO, IL 60606
312- 372-4400

## AGREEMENT TO PROVIDE LEGAL SERVICES

November 23, 2015

Mr. Michael Horrell
401 South LaSalle Street
Suite 203
Chicago, Il 60605

Ms. Goriana Alexander
611 Cambridge
Elmhurst, Il 60126

    Re:   Chapter 11 Case: 401 LASALLE LENDERS LLC

On behalf of our firm I want to thank you for selecting us to represent 401 LASALLE LENDERS LLC ("401 LENDERS") in connection with a Chapter 11 case.

Lawyers are required, under the Rules of Professional Conduct, before beginning the representation of a client to communicate to the client the scope of the representation, the basis for the legal fees and the rates that will charged to the client.

## SCOPE OF LEGAL SERVICES

401 LENDERS has elected to file a chapter 11 case in order to obtain relief from a pending UCC Sale of its assets by Excel Acquisitions, LLC.

We agree to perform legal services in connection with a Chapter 11 bankruptcy case for 401 LENDERS.  The representation will include the legal services necessary to file the Chapter 11 case; and complete the Chapter 11 Case by (i) confirming a plan of reorganization, (ii) converting the Chapter 11 case to a Chapter 7 case or (iii) dismissing the Chapter 11 case.

This agreement is limited to the Chapter 11 bankruptcy proceedings of 401 LENDERS. The execution of this agreement does not obligate us to represent any individual or entity other than 401 LENDERS in connection with any matter other than this Chapter 11 proceeding or to represent 401 LENDERS in the event the Chapter 11 proceeding is converted to a Chapter 7 liquidation.

Page 1 of 5

We have advised you that we cannot represent the principals of 401 LENDERS or any individual or entity that has guaranteed, or is liable for, the debts of 401 LENDERS. Only 401 LENDERS will be protected by the automatic stay. Any individual or entity that has guaranteed, or is liable for, the debts of 401 LENDERS will be required to hire a separate attorney to provide representation for their interests, including in any lawsuits or other collection actions by the creditors of 401 LENDERS against them.

### ATTORNEY'S FEES AND COSTS

We will charge 401 LENDERS the following hourly rates for the legal services provided by the attorneys and staff that will be performing the legal services: $425.00 per hour for the services of Karen J. Porter; $250.00 per hour for the services of Joseph Homsy: $300.00 per hour for any other associated attorneys and $125.00 for the services of our legal assistants.

We will charge 401 LENDERS for the expenses that are required for a Chapter 11 case. Such expenses will include, but are not limited to: (1) court filing fees; (2) the actual cost of photocopies; (3) messenger deliveries; (4) actual cost of postage for notices to creditors; (5) actual cost of court reporters and transcripts; and (6) computerized case docketing and legal research. We reserve the right to charge 401 LENDERS for any other reasonable and necessary expense that we incur in connection with the 401 LENDERS Chapter 11 case.

We requested and received a retainer in the amount of $7500.00 and the filing fee in the amount of $1717.00 in order for file the Chapter 11 case. The retainer and filing fee were paid by Guterman Partners Energy, LLC on behalf of 401 LENDERS. The retainer in the amount of $7500.00 is not an indication of the total legal fee for this chapter 11 case. 401 LENDERS agrees to pay the Porter Law Network for all the legal fees and expenses that we incur to represent it connection with this Chapter 11 case.

We will bill 401 LENDERS periodically for the legal services we perform and the expenses we incur at the hourly rates listed above. We will file disclosures of the compensation that we receive and to the extent necessary present applications for compensation to the court. If the total cost of the legal services we perform and the expenses we incur are more than the retainer that we have been paid, 401 LENDERS and Guterman Partners Energy, LLC will be obligated to pay the balance due. If the total cost of the legal services we perform and the expenses we incur are less than the retainer that we have been paid, Guterman Partners Energy, LLC will be entitled to receive any amount due for unearned legal fees.

## ATTORNEYS RESPONSIBILITIES

Karen J. Porter and the Porter Law Network will perform the following legal services during the 401 LENDERS Chapter 11 case:

(a)     To give 401 LENDERS legal advice with respect to its powers and duties as a debtor-in-possession in the continued management of its assets;

(b)     To prepare such applications, motions, complaints, orders, reports, pleadings, plans, disclosure statements or other papers on 401 LENDERS behalf that may be necessary in connection with this case;

(c)     To attend meetings of creditors and meetings with third parties;

(d)     To assist 401 LENDERS with its business operations:

(e)     To assist 401 LENDERS in preparing and obtaining the court's approval of a plan of reorganization and disclosure statement in order to preserve the value of its assets;

(f)     To take such action as may be necessary with respect to claims that may be asserted against 401 LENDERS; and

(g)     To perform any other legal services for 401 LENDERS which may be required in connection with this case.

## CLIENT RESPONSIBILITIES

You agree to fully cooperate with us with respect to the Chapter 11 case. You agree to provide us with complete and accurate information concerning the financial affairs of 401 LENDERS. You agree to provide us with a complete and accurate list of all creditors, personal property, income and all the other information required by the United States Bankruptcy Court and any trustee responsible for your case.

While 401 LENDERS is a debtor in a Chapter 11 proceeding, there are many obligations to the office of the United States Trustee and creditors that must be fulfilled. You will have the responsibility to file monthly financial operating reports disclosing the postpetition business operations of 401 LENDERS, pay quarterly fees to the trustee, pay any required postpetition tax liabilities, and maintain adequate insurance coverage.

We have explained to you that that a Chapter 11 case is a difficult legal and financial proceeding. We will make every effort to guide 401 LENDERS through this Chapter 11 case. However, we are unable to guarantee you that 401 LENDERS will be able to resolve the litigation concerning the real property located at 401 South LaSalle Street, Chicago, Illinois, accomplish its business objectives or successfully confirm a reorganization plan. For these reasons, we cannot guarantee that the Chapter 11 reorganization for 401 LENDERS will be a successful one. We must also advise you that in the event 401 LENDERS cannot develop a viable reorganization plan to repay its creditors, 401 LENDERS will be faced with a dismissal of the Chapter 11 case or the conversion to a Chapter 7 liquidation.

**TERMINATION OF AGREEMENT**

You understand that we will not be able to provide adequate legal representation if you fail to provide us with complete and accurate information for 401 LENDERS; fail to fully cooperate with us; or fail to fulfill your obligations. You further understand that your failure to provide information, to cooperate with us or to fulfill your duties during the Chapter 11 case may increase the cost of the legal services we render, may result in the Chapter 11 case being dismissed by the court or converted to a Chapter 7 liquidation.

We reserve the right to withdraw as the attorney of record for 401 LENDERS and to terminate this agreement (1) if our legal fees and expenses are not paid as set forth in this agreement, (2) if you fail to cooperate with us during the Chapter 11 proceeding,(3) if you fail to comply with any requirement of the United States Trustee (4) if you fail to obey an order of the Bankruptcy Court (5) if the case is converted to a Chapter 7 or (6) if you fail to comply with any other terms of this agreement.

Either party may terminate this agreement with or without cause and at any time upon giving written notice to the other party. In the event you terminate this agreement, we will immediately requests that the court grant us permission to withdraw as the attorneys for 401 LENDERS. The termination of this agreement will not affect the obligation of 401 LENDERS or Guterman Partners Energy, LLC. to pay any outstanding legal fees. We agree that if this agreement is terminated we will provide copies of documents in our files to you provided you have paid any outstanding legal fees and expenses, including copy charges for copying the files.

## ENTIRE AGREEMENT

  This agreement contains our full and complete understanding with respect to the subject matter hereof. This agreement supersedes all prior representations and understandings whether written or oral. This agreement shall be governed by the laws of the State of Illinois in all respects. This agreement may be executed by facsimile, electronically, and in counterparts.

Very truly yours,

PORTER LAW NETWORK

By: _____
  Karen J. Porter

**401 LASALLE LENDERS, LLC.**

By: _____
  Michael Horrell

By: _____
  Goriana Alexander

**GUTERMAN PARTNERS ENERGY, LLC**

By: _____
  Igor Gabal

Page 5 of 5

## ENTIRE AGREEMENT

This agreement contains our full and complete understanding with respect to the subject matter hereof. This agreement supersedes all prior representations and understandings whether written or oral. This agreement shall be governed by the laws of the State of Illinois in all respects. This agreement may be executed by facsimile, electronically, and in counterparts.

Very truly yours,

**PORTER LAW NETWORK**

By:_____
    Karen J. Porter

**401 LASALLE LENDERS, LLC.**

By:_____
    Michael Horrell

By:_____
    Goriana Alexander

**GUTERMAN PARTNERS ENERGY, LLC**

By: [DocuSigned by: Igor Gabal / 1633C47C58166F5]
    Igor Gabal